# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARIO VILLABONA-ALVARADO,    )
                                          )

                **Plaintiff,**         )

                                          )     **CIVIL NO. 07-cv-641-DRH**

**vs.**                                   )

                                          )     **APPEAL NO. 08-3929**

**UNITED STATES of AMERICA**, *et al.*,   )

                                          )

               **Defendants.**     )

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

       This case was closed in October 2008, and Plaintiff's appeal was dismissed in January 2009. Now before the Court is Plaintiff's motion to desist (Doc. 12). In this motion, he asks the Court to direct the administration at the United States Penitentiary in Atlanta, Georgia, to allow him certain access to the telephone. This Court has no jurisdiction over the staff at that facility, and this case is closed; thus, this motion is **DENIED**.

       **IT IS SO ORDERED.**

       **DATED:  March 13, 2009.**

                          /s/     DavidRHerndon
                          **CHIEF JUDGE**
                          **UNITED STATES DISTRICT COURT**